**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL NO.: 3:16-CR-29 HTW-LRA-10 |
| SACHIN GIRISHKUMAR PATEL,<br>TARUNKUMAR PURUSHOTT AMBHAI PATEL,<br>SIMPSON LLOYD GOODMNA,<br>CHIRAG NILESH PATEL,<br>DANA CHEETARA ADAMS,<br>BRANDY NICOLE EDWARDS,<br>TERILYNN RANKIN,<br>SEJAL SANJAY KAKADIA,<br>JAVANTIBHAI KALIDAS CHAUDHARI,<br>VIRENDRA RAMBACHAN RAJPUT, AND<br>JAVONA SHANICE RAJPUT | DEFENDANTS |

**MOTION FOR CONTINUANCE**

**COMES NOW** Defendant, Virendra Rambachan Rajput, by and through counsel, and files this his *Motion for Continuance* in the within cause of action, and in support thereof would show unto the Court the following:

The Defendant, Virendra Rambachan Rajput, was not transported to Jackson, Mississippi for his initial appearance until today, June 21, 2016. An initial appearance was conducted by Judge Anderson at 1:30 p.m. on June 21, 2016. At that time, Judge Anderson entered a Scheduling Order.

The Scheduling Order puts the deadlines for all motions at June 23, 2016, and other deadlines remarkably quick with a trial date of July 18, 2016.

A trial of this matter has been set for 9:00 a.m. on July 18, 2016 at the Federal Courthouse, 501 East Court Street, Sixth Floor, Courtroom No. 6A, Jackson, Mississippi, before the Honorable Henry T. Wingate.

The undersigned counsel of record has not had a chance to even discuss this case with her client, receive the discovery from the United States Government, review the discovery with the client, and seek out any and all other exculpatory evidence necessary to create a defense in this cause of action.

This request for a continuance is not meant for delay, but so that justice and humanity may be served.

**WHEREFORE, PREMISES CONSIDERED,** Virendra Rambachan Rajput respectfully requests a continuance of the trial in the within cause of action to another date and time set certain and mutually convenient to all parties and the Court.

**RESPECTFULLY SUBMITTED**, this the **21st** day of **June**, **2016**.

**VIRENDRA RAMBACHAN RAJPUT**

BY: /s/ M. Judith Barnett
**M. JUDITH BARNETT**

**M. JUDITH BARNETT (MSB #99766)**
**M. JUDITH BARNETT, P.A.**
1911 Dunbarton Drive
Jackson, Mississippi 39216
Telephone: (601) 981-4450
Facsimile: (601) 981-4717
mjbarnettpa@yahoo.com
*Counsel for Virenedra Rambachan Rajput*

## CERTIFICATE OF SERVICE

I, M. Judith Barnett, do hereby certify that I have this day caused to be served, via the CMEC filing system, and United States Mail, postage prepaid, a true and correct copy of the above and foregoing *Motion for Continuance* to:

Jerry L. Rushing, Esq.
U.S. Attorney's Office
501 East Court Street
Suite 4.430
Jackson, MS 39201

Darren J. Lamarca
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201

**THIS** service effective this the **21st** day of **June**, **2016**.

/s/ M. Judith Barnett
**M. JUDITH BARNETT**